**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7692**

───────────

LYNN ATKINSON, JR.,

Plaintiff - Appellant,

and

JAMES BARRETT, III,

Plaintiff,

versus

JEANNIE LANCASTER; THEODORE C. SMILEY; FRANK
EVANS; RUDY S. BRANDON; JEFFREY WILLIAMS,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (CA-00-625-5-BR)

───────────

Submitted:  March 8, 2001          Decided:  March 16, 2001

───────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Lynn Atkinson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lynn Atkinson, Jr., a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Atkinson v. Lancaster</u>, No. CA-00-625-5-BR (E.D.N.C. Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>